# JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BASF CORPORATION, | Case No. 8:24-cv-02123-FWS-DFM |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| QV INDUSTRIES LLC d/b/a CHUCKS CREATIONS AUTOBODY & PAINT and GINA M. QUIROZ a/k/a GINA M QUIROZ a/k/a GINA QUIROZ, | |
| Defendants. | |

///

///

///

# JUDGMENT

On January 27, 2024, the court granted Plaintiff BASF Corporation's ("Plaintiff") Motion for Default Judgment against Defendant QV Industries LLC d/b/a Chucks Creations Autobody & Paint and Defendant Gina M. Quiroz a/k/a Gina M Quiroz a/k/a Gina Quiroz (collectively, "Defendants"). (Dkt. 15.) Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of **$56,927.50**, which represents the sum of $56,250.00 in liquidated damages, and $677.50 in costs.

2. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**.

DATED: January 27, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE